USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SOON YE LEE,  :
                      Plaintiff,  :
                        :
         -against-  :
                        :     22-CV-7608 (VEC)
                        :
CHINA EASTERN AIRLINES CO., LTD,  :     ORDER
                        :
                  Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 12, 2022, Plaintiff filed a complaint against Defendant China Eastern Airlines Co., LTD in the Southern District of New York, Dkt. 1;

    WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b);

    WHEREAS venue appears improper in the Southern District of New York based on the face of the complaint;

    WHEREAS Plaintiff was ordered to show cause by September 23, 2022 for why venue is proper in the Southern District of New York, or alternatively, why the case should not be transferred to the Eastern District of New York;

    WHEREAS Plaintiff responded to the Court's order by requesting that the case be transferred to the Eastern District of New York, *see* Dkt. 7; and

    WHEREAS Defendant has not yet appeared in this case.

IT IS HEREBY ORDERED that the case is TRANSFERRED to the Eastern District of New York. The Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York pursuant to SDNY Local Rule 83.1.

**SO ORDERED.**

Date: **September 27, 2022**
       **New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**